# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Consolidated Case Nos.**   ED CV 11-2049-DDP (PLA)                              **Date** February 13, 2015
                             ED CV 11-2057-DDP (PLA)

**Title:**  Earl H. Bond v. Arrowhead Regional Medical Center, et al.

---

**PRESENT:  THE HONORABLE  PAUL L. ABRAMS**                    ☐ U.S. DISTRICT JUDGE
                                                                ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                              NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

On February 5, 2015, the District Judge in this action issued an Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge, in which defendants' Motion for Summary Judgment was denied with respect to plaintiff's claims against defendants Miller and Florin.  The action is thereby ready to be forwarded to the District Judge for all further proceedings as to these two defendants, including the setting of a trial date.

In certain circumstances, the Court may be able to locate counsel willing to represent indigent plaintiffs in certain actions.  **No later than February 27, 2015**, plaintiff shall notify the Court of his desire to explore possible appointment of counsel to represent him in this action going forward, or his desire to continue pro se.

cc:    Earl H. Bond, Pro Se
       James H. Thebeau, Esq.

Initials of Deputy Clerk ___ch___